IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDUL IDEEN, | ) | |
| | ) | 3:09cv52 |
| Petitioner, | ) | Electronic Filing |
| | ) | |
| v. | ) | Judge Cercone |
| | ) | Magistrate Judge Bissoon |
| JEFFREY A. BEARD, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

Abdul Ideen's Petition for Writ of Habeas Corpus was received by the Clerk of Court on February 27, 2009, and was referred to United States Magistrate Judge Cahty S. Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on March 9, 2009, recommended that the Petition for Writ of Habeas Corpus filed by Petitioner Ideen be dismissed and that a certificate of appealability be denied. The parties were allowed ten days from the date of service to file objections. Service was made on the Plaintiff by First Class United States Mail delivered to his place of incarceration, the State Correctional Institution at Houtzdale, Pennsylvania. Ideen requested an extension of time to file objections, but did not indicate any basis for the motion (Doc. 5). The motion for extension was denied since the single issue in this matter is whether Ideen may seek habeas relief for an allegedly improper placement in

restrictive custody, an issue Ideen has unsuccessfully litigated at least four times in the past. (Civil Action Nos. 08-6J, 08-25J, 08-151J and 08-252J). Objections were due on or before March 26, 2009. None have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 7th day of April, 2009,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Abdul Ideen is dismissed, and a certificate of appealability is DENIED.

The Report and Recommendation of Magistrate Judge Bissoon, (Doc. 3), dated January 16, 2008, is adopted as the opinion of the court.

David Stewart Cercone
United States District Judge

cc: Honorable Cathy Bissoon
United States Magistrate Judge

Abdul Ideen
CW-6127
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698